361 A.2d 724
COMMONWEALTH
v.
BETHEA, Appellant.

Submitted March 1, 1976. Dusan Bratic, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 679
COMMONWEALTH, Appellant
v.
BLANEY.

Argued December 15, 1975. Stewart J. Greenleaf, Assistant District Attorney, with him Milton O. Moss, District Attorney, for Commonwealth, appellant; Bernard A. Moore, with him Herbert F. Rubenstein, for appellee.

Order affirmed.